CLARK NEWBERRY LAW FIRM
Tara Clark Newberry, Esq. (SBN: 10696)
tnewberry@cnlawlv.com
7854 West Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 608-4232
Facsimile: (702) 946-1380
*Attorney for Toni Miller*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Monat Global Corp., | CASE NO.: 2:18-CV-00324-APG-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO WITHDRAW MOTION TO TRANSFER VENUE AND MOTION TO CONSOLIDATE CASE AND TO VACATE HEARING** |
| Toni Miller, | |
| Defendants, | |

Plaintiff, Monat Global Corp., and Defendant, Toni Miller, by and through their respective counsel of record, hereby stipulate and agree that Defendant's Motion to Transfer Venue [Docket No. 14] and Motion to Consolidate Case [Docket No. 15] shall be withdrawn without prejudice, and the motion hearing currently scheduled for June 29, 2018, shall be vacated.

DATED: June 27, 2018                                     DATED: June 27, 2018

CLARK NEWBERRY LAW FIRM                      MCDONALD CARANO LLP


By:  */s/ Tara Clark Newberry*                           By:  */s/ George F. Ogilvie III*
Tara Clark Newberry, Esq.                                 George F. Ogilvie III, Esq.
Nevada Bar No. 10696                                      Nevada Bar No. 3552
7854 W. Sahara Avenue                                     Amanda C. Yen, Esq.
Las Vegas, NV 89117                                       Nevada Bar No. 9726
*Attorney for Toni Miller*                                2300 W. Sahara Avenue, Suite 1200
                                                          Las Vegas, NV 89102
                                                          *Attorneys for Monat Global Corp.*

1

DATED: June 27, 2018

GOLDBERG KOHN, LTD.

By:   */s/ Joseph L. Hoolihan*
William C. Meyers, Esq.
Illinois Bar No. 6195666
Julie F. Stewart, Esq.
Illinois Bar No. 6304085
Joseph L. Hoolihan
Illinois Bar No. 6320799
55 E. Monroe Street, Suite 3300
Chicago, IL 60603
*Attorneys for Monat Global Corp.*

**IT IS SO ORDERED.**

Defendant's Motion to Transfer Venue [Docket No. 14] and Motion to Consolidate Case [Docket No. 15] shall be withdrawn without prejudice, and the motion hearing currently scheduled for June 29, 2018, shall be vacated.

Dated: June 28, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE